**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No.23-cr-10202-FDS |
| | ) | |
| | ) | |
| LINDSAY GROVES | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant appeals to the United States Court of Appeals for the First Circuit from the Judgment filed in in the District Court on June 4, 2026 (D.E. #292).

Respectfully submitted,

LINDSAY GROVES
By and through counsel,

*/s/ Jessica Thrall*
Jessica Thrall
 BBO #670412
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

Dated: June 5, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2026.

*/s/ Jessica P. Thrall*
Jessica P. Thrall